# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MATTIE PERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 6:16-cv-00154 |
| FRED'S STORES OF TENNESSEE INC. d/b/a FRED'S SUPER DOLLAR, | ) **Jury Demanded** ) ) |
| Defendant. | ) |

## AGREED PROTECTIVE ORDER

Upon good cause shown, and by agreement of the parties, through counsel, the Court herewith orders that any company records, personnel records, videos, handbooks, training materials, policy manuals or other documents produced in discovery in this Civil Action, including excerpts of or compilations from therein (collectively, "the records") shall be subject to the following restrictions:

(a) The records or any copies of the records shall not be circulated to any person other than counsel, the parties, and the Court;

(b) The contents of the records shall not be disclosed to any person other than counsel, the parties, and the Court except for expert witnesses as designated by the parties;

(c) The records shall be used only for purposes of the instant litigation;

(d) At the termination of this Civil Action, including all appeals, or upon the expiration of the time period for appeal with no appeal having been taken, any records furnished by any defendant and all copies thereof in the possession of

opposing counsel or parties shall be returned to counsel for the respective defendant or destroyed with written certification of destruction being provided to counsel for the respective defendant.

SO ORDERED, this __28th__ day of __February__, 2017.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

Agreed and Approved:


/s/ Patrick G. Walker
Richard D. Underwood  GA Bar No. 291849
Patrick G. Walker     GA Bar No. 110556
FARRIS BOBANGO BRANAN PLC
999 S. Shady Grove Road, Suite 500
Memphis, Tennessee 38120
901.259.7100
runderwood@farris-law.com
pwalker@farris-law.com
*Attorneys for Fred's Stores of Tennessee, Inc.*


/s/ George T. Major, Jr.
Patrick T. O'Connor   GA Bar No. 548452
George T. Major, Jr.  GA Bar No. 619608
OLIVER MANER LLP
218 W. State Street
P.O. Box 10186
Savannah, Georgia 31412
912.236.3311
pto@olivermaner.com
pgmajor@olivermaner.com
*Attorneys for Mattie Perry*