IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| MATTIE PERRY, | * | |
| Plaintiff, | * | |
| v. | * | CV 616-154 |
| FRED'S STORES OF TENNESSEE, INC., d/b/a FRED'S SUPER DOLLAR, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 23.) The stipulation is signed by all parties in the case. (Id.) Accordingly, the Court finds that dismissal is proper under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is instructed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of January, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA